IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. |
| REILLY ELECTRIC, INC., | ) ) ) |
| Defendant. | ) |

**COMPLAINT**

NOW COMES Plaintiff, NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, complaining of the Defendant, REILLY ELECTRIC, INC., and alleges as follows:

1.  This action is brought and maintained in accordance with the provisions of the Labor Management Relations Act, as amended, 29 U.S.C. 185(a), and the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq., as amended, in particular 29 U.S.C. § 1145 (Section 515 of ERISA), and is a civil action to recover employer contributions or payments owed to the Plaintiff.

2.  The Plaintiff, NECA-IBEW PENSION TRUST FUND, is an employee benefit plan administered pursuant to the terms and provisions of the Agreement and Declaration of Trust creating said Fund and is required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and ERISA, as amended, 29 U.S.C. §1001 et seq. The address and place of business of the Plaintiff is NECA-IBEW PENSION TRUST FUND, 2120 Hubbard Avenue, Decatur, Illinois 62526-2871.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. § 102 (5), (11), (12) and (14). Defendant employs bargaining unit individuals who are members of and represented by Local Union 176 of the International Brotherhood of Electrical Workers, and said individuals are participants in Plaintiff's employee benefit fund, pursuant to a Letter of Assent which is attached hereto and incorporated herein as **Exhibit A**.

4. The Defendant's address is Bradley, Illinois 60915.

5. Pursuant to ERISA, 29 U.S.C. §1145, the Defendant is required to make contributions to the Plaintiff in accordance with the terms and conditions of the Fund's Agreement and Declaration of Trust. Said Agreement and Declaration of Trust, in pertinent part, is attached hereto and incorporated herein as **Exhibit B**.

6. Defendant has failed and refused to submit contribution reporting forms and applicable contributions for the months of November 2007 through March 2008.

7. That Plaintiff has made demands upon the Defendant for the contributions and reporting forms, but Defendant has refused to satisfy said demands. A copy of the demands are attached hereto and incorporated herein as **Exhibit C**.

8. That pursuant to ERISA, 29 U.S.C. §1132(g)(2), and the Agreement and Declaration of Trust, the Defendant is liable for reasonable attorney fees and for all reasonable costs incurred in the collection process, including, but not limited to, court fees and audit fees. Attached hereto and incorporated herein as **Exhibit D** is the Affidavit of James P. Moody in support of his request for attorney fees in the amount of $1,627.42 incurred in the prosecution of this matter.

WHEREFORE, Plaintiff prays as follows:

A. That the Defendant be ordered to remit to Plaintiff contribution reporting forms and applicable contributions for the months of November 2007 through March 2008;

B. That Defendant be specifically required to perform and continue to perform all of its obligations to the Plaintiff, particularly to furnish to the Plaintiff the required contribution reports and payments heretofore referred to;

C. That Defendant be decreed to pay the Plaintiff its reasonable attorney fees in the amount of $1,627.42 as provided by ERISA, 29 U.S.C. §1132(g)(2), and Plaintiff's Agreement and Declaration of Trust;

D. That Defendant be decreed to pay all costs attendant to the costs of these proceedings;

E. That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

    NECA-IBEW PENSION TRUST FUND,
Plaintiff,

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
johnwolters@cavanagh-ohara.com

F:\files\NECA-IBE\DELIQ\Reilly Electric\Complaint.crf.wpd

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Cavanagh & O'Hara    (217) 544-1771
407 East Adams Street, Springfield, IL 62701

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☒ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
E.R.I.S.A., 29 U.S.C. Sec. 1145

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** Undetermined

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 5/8/2008

SIGNATURE OF ATTORNEY OF RECORD
s/ James P. Moody

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**. Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases**. This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize **Eastern IL Chapter, National Electrical Contractors Assoc** as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequent approved [2] **Residential** labor agreement between the **Eastern IL Chapter, National Electrical Contractors Assoc** and Local Union [3] **176** IBEW.

In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] **23** day of **May 2005**. It shall remain in effect until terminated by the undersigned employer giving written notice to the **Eastern IL Chapter, National Electrical Contractors Assoc** and to the Local Union at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

[5] **Reilly Electric Inc   933-9122   933-9011**
Name of Firm

**PO Box 200**
Street Address/P.O. Box Number

**Bradley, IL  60915**
City, State (Abbr.) Zip Code

[6] Federal Employer Identification No.: **30-0087715**

APPROVED
INTERNATIONAL OFFICE - I.B.E.W.
JUL 6 2005
Edwin D. Hill, President
This approval does not make the International a party to this agreement.

SIGNED FOR THE EMPLOYER
BY [7] *(signature redacted)*
NAME [8] **Anne M Reilly** (original signature)
TITLE/DATE **President 5/23/05**

SIGNED FOR THE UNION [3] **176** IBEW
BY [7] *(signature redacted)*
NAME [8] **David W Udstuen** (original signature)
TITLE/DATE **Business Manager**

(INSTRUCTIONS (All items must be completed in order for assent to be processed))

[1] NAME OF CHAPTER OR ASSOCIATION
   Insert full name of NECA Chapter or Contractors Association involved.
[2] TYPE OF AGREEMENT
   Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.
[3] LOCAL UNION
   Insert Local Union Number.
[4] EFFECTIVE DATE
   Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
   Print or type Company name & address.
[6] FEDERAL EMPLOYER IDENTIFICATION NO.
   Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.
[7] SIGNATURES
[8] SIGNER'S NAME
   Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF **FIVE** COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

JUL 11 2005

IBEW FORM 302 REV. 6/94


EXHIBIT A

## LETTER OF ASSENT - A

In signing this letter of assent, the undersigned firm does hereby authorize [1] ~~Eastern IL Chapter, National~~ Electrical Contractors Assoc as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequent approved [2] Inside labor agreement between the Eastern IL Chapter, National Electrical Contractors Assoc and Local Union [3] 176, IBEW. In doing so, the undersigned firm agrees to comply with, and be bound by, all of the provisions contained in said current and subsequent approved labor agreements. This authorization, in compliance with the current approved labor agreement, shall become effective on the [4] _____ day of _____, _____. It shall remain in effect until terminated by the undersigned employer giving written notice to the Eastern IL Chapter, National ~~Electrical Contractors~~ Assoc and to the Local Union at least one hundred fifty (150) days prior to the then current anniversary date of the applicable approved labor agreement.

The Employer agrees that if a majority of its employees authorize the Local Union to represent them in collective bargaining, the Employer will recognize the Local Union as the NLRA Section 9(a) collective bargaining agent for all employees performing electrical construction work within the jurisdiction of the Local Union on all present and future jobsites.

In accordance with Orders issued by the United States District Court for the District of Maryland on October 10, 1980, in Civil Action HM-77-1302, if the undersigned employer is not a member of the National Electrical Contractors Association, this letter of assent shall not bind the parties to any provision in the above-mentioned agreement requiring payment into the National Electrical Industry Fund, unless the above Orders of Court shall be stayed, reversed on appeal, or otherwise nullified.

SUBJECT TO THE APPROVAL OF THE INTERNATIONAL PRESIDENT, IBEW

[5] Name of Firm: Reilly Electric Inc     phone (933-9122   fax 933-

Street Address/P.O. Box Number: 203 Julie Dr

City, State (Abbr.) Zip Code: Kankakee, IL 60901

[6] Federal Employer Identification No.: 30-0087715

JUL 1 2002

SIGNED FOR THE EMPLOYER
BY [7] **SIGNATURE REDACTED** (original signature)
NAME [8] Anne M. Reilly
TITLE/DATE Vice Pres. 6/24/02
6/21/02

SIGNED FOR THE UNION [3] 176 IBEW
BY [7] **SIGNATURE REDACTED** (original signature)
NAME [8] Lynn Fieldman
TITLE/DATE Business Manager

INSTRUCTIONS (All items must be completed in order for assent to be processed)

[1] NAME OF CHAPTER OR ASSOCIATION
Insert full name of NECA Chapter or Contractors Association involved.
[2] TYPE OF AGREEMENT
Insert type of agreement. Example: Inside, Outside Utility, Outside Commercial, Outside Telephone, Residential, Motor Shop, Sign, Tree Trimming, etc. The Local Union must obtain a separate assent to each agreement the employer is assenting to.
[3] LOCAL UNION
Insert Local Union Number.
[4] EFFECTIVE DATE
Insert date that the assent for this employer becomes effective. Do not use agreement date unless that is to be the effective date of this Assent.

[5] EMPLOYER'S NAME & ADDRESS
Print or type Company name & address.
[6] FEDERAL EMPLOYER IDENTIFICATION NO.
Insert the identification number which must appear on all forms filed by the employer with the Internal Revenue Service.
[7] SIGNATURES
[8] SIGNER'S NAME
Print or type the name of the person signing the Letter of Assent. International Office copy must contain actual signatures-not reproduced-of a Company representative as well as a Local Union officer.

A MINIMUM OF FIVE COPIES OF THE JOINT SIGNED ASSENTS MUST BE SENT TO THE INTERNATIONAL OFFICE FOR PROCESSING. AFTER APPROVAL, THE INTERNATIONAL OFFICE WILL RETAIN ONE COPY FOR OUR FILES, FORWARD ONE COPY TO THE IBEW DISTRICT VICE PRESIDENT AND RETURN THREE COPIES TO THE LOCAL UNION OFFICE. THE LOCAL UNION SHALL RETAIN ONE COPY FOR THEIR FILES AND PROVIDE ONE COPY TO THE SIGNATORY EMPLOYER AND ONE COPY TO THE LOCAL NECA CHAPTER.
IMPORTANT: These forms are printed on special paper and no carbon paper is required for duplicate copies. Remove from the pad enough copies of the form for a complete set and complete the form.

IBEW. FORM 302 REV. 9/01

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRUST

AGREEMENT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Adopted March 14, 1972
As Amended
February 19, 1981

NECA-IBEW PENSION TRUST FUND



EXHIBIT B

the Trustees to sign such checks. Except as hereinafter provided, no check shall be valid unless signed by two persons of whom one shall be a Union Trustee and one an Employer Trustee.

The Employer Trustees shall designate in writing the names of the particular Employer Trustees who may sign checks in the above manner, and the Union Trustees shall likewise designate in writing the names of the particular Union Trustees who may sign checks in the above manner.

The Trustees may, in their discretion, designate and authorize an Employee of the Trust to sign checks upon such separate and specific bank account or bank accounts as the Trustees may designate and establish for such purpose.

SECTION 12. BONDING. The Trustees and any employee or agent of the Trustees who handles funds or other property of the Fund shall be bonded for faithful discharge of his duties in such amount and as otherwise required by applicable law. The expense of such bond shall be paid out of the Fund.

### ARTICLE V

### CONTRIBUTIONS TO THE FUND

SECTION 1. RATE OF CONTRIBUTIONS. In order to effectuate the purposes hereof, each Employer shall contribute to the Fund such an amount as is agreed upon. The rate of contribution shall, at all times, be governed by the aforementioned agreement, together with any amendments, supplements or modifications thereto.

SECTION 2. EFFECTIVE DATE OF CONTRIBUTIONS. All contributions shall be made effective as required by the aforementioned Agreement, and shall continue to be paid as long as the Employer is obligated under said Agreement or until he ceases to be an Employer within the meaning of this Agreement and Declaration of Trust as hereinafter provided.

SECTION 3. MODE OF PAYMENT. All contributions shall be payable to the NECA-IBEW Pension Trust Fund and shall be paid in the manner and form determined by the Trustees.

SECTION 4. DEFAULT IN PAYMENT. Non-payment by an Employer of any contributions when due shall not relieve any other Employer of his obligation to make payments. In addition to any other remedies to which the parties may be entitled, an Employer in default for ten working days may be required at the discretion of the Trustees to pay such reasonable rate of interest as the Trustees may fix on the monies due to the Trustees from the date when the payment was due to the date when payment is made, together with all expenses of collection incurred by the Trustees. The Trustees may take any action necessar- to enforce payment of the contributions due hereunder, including, but not limited to, proceedings at law and in equity.

SECTION 5. REPORT ON CONTRIBUTIONS. The Employers shall make all reports on contributions required by the Trustees. The Trustees may at any time have an audit made by independent certified public accountants of the payroll and wage records of any Employer in connection with the said contributions and/or reports.

# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

Of Counsel
Michael J. Masterson, P.C.

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

April 23, 2008

Reilly Electric, Inc.
P. O. Box 200
Bradley, IL 60915

   Re:   *NECA-IBEW Pension Trust Fund*

Dear Employer:

   We are in receipt of your check in the amount of $2,689.14 representing payment of penalties and interest and thank you for same. However, you did not remit applicable contributions and report forms for the months of November 2007 through February 2008.

   Please remit the contribution report forms and applicable contributions *to this office* on or before **Monday, May 5, 2008**. This will be the last letter to you prior to our filing a Complaint with the U.S. District Court in order to collect same, which may result in additional costs to you.

   Should you have any questions, please do not hesitate to contact this office.

                                           Very truly yours,

                                           James P. Moody

JPM:pjr
cc:   NECA-IBEW Pension Trust Fund/Tari Stower

F:\files\NECA-IBE\DELIQ\Reilly Electric\L-dmd.pi.rec.crf.wpd



EXHIBIT C

# CAVANAGH & O'HARA
## Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

April 8, 2008

## FINAL NOTICE

**Via Certified Mail & Regular Mail**
Reilly Electric, Inc.
P. O. Box 200
Bradley, IL 60915

Re:   *NECA-IBEW Pension Trust Fund*

Dear Employer:

As you have previously been advised, this office represents the NECA-IBEW Welfare Trust Fund ("Fund"). As such, the administrators of the Fund have indicated that your company is delinquent in remitting applicable contributions and report forms for the months of November 2007 through February 2008 and owe penalties and interest in the amount of **$2,689.14**.

Please remit the contribution report forms and applicable contributions as well as a check in the amount of $2,689.14 *to this office* on or before **Monday, April 21, 2008**. This will be the last letter to you prior to our filing a Complaint with the U.S. District Court in order to collect same, which may result in additional costs to you.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

James P. Moody             **SIGNATURE REDACTED**

JPM:pjr
cc:   NECA-IBEW Pension Trust Fund/Tari Stower

F:\files\NECA-IBE\DELIQ\Reilly Electric\L-fnl.dmd.crf.2008.wpd

# CAVANAGH & O'HARA
Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

August 28, 2007

*Swansea Office*
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

<u>*Via Certified Mail & Regular Mail*</u>
Reilly Electric, Inc.
P. O. Box 200
Bradley, IL 60915

Re:   *NECA-IBEW Pension Trust Fund*

Dear Employer:

Please be advised, this office represents the NECA-IBEW Welfare Trust Fund ("Fund"). As such, the administrators of the Fund have indicated that your company is delinquent in remitting applicable contributions and report forms for the months of November 2007 through February 2008 and owe penalties and interest in the amount of **$2,689.14**. A breakdown is enclosed for your reference.

Please remit the contribution report forms and applicable contributions as well as a check in the amount of $2,689.14 *to this office* on or before **Monday, April 7, 2008**. Please be advised, this will be the <u>last</u> letter to you prior to our filing a Complaint with the U.S. District Court in order to collect same, which may result in additional costs to you.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

James P. Moody

**SIGNATURE REDACTED**

JPM:pjr
cc:   NECA-IBEW Pension Trust Fund/Tari Stower

F:\files\NECA-IBE\DELIQ\Reilly Electric\L-dmd.crf.2008.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-2166 |
| | ) | |
| REILLY ELECTRIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 03/27/08 | Received and reviewed email from Fund Office; letter to company via certified and regular mail demanding delinquent contributions and monthly payroll reports; calendar response; addition to Delinquency Status Report; open file. | 1.10 |
| 04/02/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| | Review file; update Delinquency Status Report. | .20 |
| 04/08/08 | Review file; final notice via certified and regular mail; calendar response; update Delinquency Status Report. | .85 |
| 04/15/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| 04/18/08 | Review file; research telephone number for Reilly Electric. | .30 |
| 04/22/08 | Review file; email Fund Office re: status. | .10 |
| | Received and reviewed check; letter to Fund Office forwarding same; email Fund Office re: monthly payroll reports. | .70 |
| 04/23/08 | Received and reviewed email from Fund Office; letter to employer demanding monthly payroll reports and contributions; calendar response; update Delinquency Status Report. | .75 |

Page 1



EXHIBIT D

| | | |
|---|---|---:|
| 05/07/08 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Telephone conference with Kankakee County Sheriff re: service fee. | .10 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| | TOTAL HOURS 7.3 X $110.00 PER HOUR | $1,173.00 |
| | TOTAL HOURS 0.4 X $195.00 PER HOUR | 78.00 |
| 03/27/08 | Postage - certified mail. | 5.21 |
| 04/21/08 | Postage - certified mail. | 5.21 |
| 05/07/08 | U.S. District Court - Filing Fee | 350.00 |
| | Kankakee County Sheriff's Department - Service Fee | 16.00 |
| | **TOTAL FEES AND COSTS** | **$1,627.42** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                          s/ James P. Moody
                                          JAMES P. MOODY
                                          **CAVANAGH & O'HARA**
                                          407 East Adams
                                          P. O. Box 5043
                                          Springfield, IL 62705
                                          Telephone (217) 544-1771
                                          Fax (217) 544-9894
                                          jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 8th day of May 2008.

**SIGNATURE REDACTED**

Notary Public

F:\files\NECA-IBE\DELIQ\Reilly Electric\A-fee.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

Page 2