IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| REILLY ELECTRIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for the Plaintiff, NECA-IBEW PENSION TRUST FUND, furnished the following in compliance with Local Rule 11.3 of this Court.

(a) NECA-IBEW Pension Trust Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle
John A. Wolters
John P. Leahy
Molly A. Corigan

DATED this 8th day of May 2008.

NECA-IBEW PENSION TRUST FUND, Plaintiff,

By: _____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043

Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

JOHN A. WOLTERS
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
johnwolters@cavanagh-ohara.com

F:\files\NECA-IBE\DELIQ\Reilly Electric\C-Interest.wpd