E-FILED
Friday, 30 May, 2008  11:30:12 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

NECA-IBEW PENSION TRUST FUND,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08-2110

REILLY ELECTRIC, INC.,
    Defendant.

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*

Edward S. Glazar, Jr., Registered Agent
Reilly Electric, Inc.
One Dearborn Square #320
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
CAVANAGH & O'HARA
407 E. Adams Street
P. O. Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson
CLERK

DATE May 12, 2008

S. Johnson
(BY) DEPUTY CLERK

10 (Rev. 10/93) Summons in a Civil Action (Reverse)
2:08-cv-02110-MPM-DGB    #4    Page 2 of 2

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 05-23-08 |
| NAME OF SERVER (PRINT): Cpl. Dale Gross 9769 | TITLE: Corporal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Corporation Service. (Name) Edward Glazar (Title) Registered Agent for Reilly Electric, Inc

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05-23-08
Date

Signature of Server: SIGNATURE REDACTED 9769

Address of Server: 3000 S. Justice Way, Kankakee, IL 60901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.