IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-2110 |
| | ) | |
| REILLY ELECTRIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COMES Plaintiff, NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1.      That the Complaint in this matter was filed on May 12, 2008.

2.      That on May 23, 2008, Edward S. Glazar, Jr., Registered Agent of Defendant, REILLY ELECTRIC, INC., was duly served by the Kankakee County, Illinois, Sheriff's Department with said Complaint and Summons.

3.      That the Defendant has failed to file a responsive pleading within the statutory time frame.

4.       The Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff, NECA-IBEW PENSION TRUST FUND, prays that this Court enter Default Judgment against Defendant, REILLY ELECTRIC, INC., and in favor of Plaintiff.

NECA-IBEW PENSION TRUST FUND, Plaintiff,

By:     s/ James P. Moody
JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 19th day of June 2008:

Edward S. Glazar, Jr., Registered Agent
Reilly Electric, Inc.
One Dearborn Square #320
Kankakee, IL 60901

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:      s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

**E-FILED**
Thursday, 19 June, 2008  01:33:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

NECA-IBEW PENSION TRUST FUND, )
)
        Plaintiff, )
)
  vs. )    No. 08-2100
)
REILLY ELECTRIC, INC., )
)
        Defendant. )

### AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys

for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-

entitled and numbered action;

That on May 23, 2008, Edward S. Glazar, Jr., Registered Agent of Defendant, REILLY

ELECTRIC, INC., was duly served by the Kankakee County, Illinois, Sheriff's Department with

said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto

and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or

otherwise defend herein within the time allowed and is therefore in default; that to his best

information and belief, the Defendant is not an infant or incompetent person and not in the

military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as

amended; that the claim of Plaintiff, NECA-IBEW PENSION TRUST FUND, is for contribution

report forms and applicable contributions for the months of November 2007 through March 2008

and attorney fees and costs to date in the amount of $1,802.92, as shown by **Exhibit A-2**,

attached hereto and incorporated herein.  That this Affidavit is made for the purpose of

requesting that Default Judgment be entered against the Defendant, REILLY ELECTRIC, INC.

                        s/ James P. Moody



EXHIBIT

_A_

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

Subscribed and sworn to before me this ___19th___ day of June 2008.

SIGNATURE
REDACTED

NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

# United States District Court

CENTRAL ——— **DISTRICT OF** ——— ILLINOIS

NECA-IBEW PENSION TRUST FUND,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER: 08 · 2110

REILLY ELECTRIC, INC.,
    Defendant.

TO: (Name and address of defendant)    ***PERSONAL SERVICE ONLY***

Edward S. Glazar, Jr., Registered Agent
Reilly Electric, Inc.
One Dearborn Square #320
Kankakee, IL  60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
CAVANAGH & O'HARA
407 E. Adams Street
P. O. Box 5043
Springfield, IL  62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Pamela E. Robinson*

_____
CLERK

*S. Johnson*

_____
(BY) DEPUTY CLERK

*May 12, 2008*

_____
DATE

**EXHIBIT**

A-1

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 05-23-08 |
|---|---|
| NAME OF SERVER *(PRINT)* Cpl. Dale Gross 9769 | TITLE Corporal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Corporation Service. (Name) Edward Glazar
(Title) Registered Agent for Reilly Electric, Inc

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___05-23-08___     **SIGNATURE REDACTED** 769
      Date                                     Signature of Server

3000 S Justice Way, Kankakee, IL 60901
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**E-FILED**
Thursday, 19 June, 2008  01:34:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     No. 07-2166 |
| | ) |
| REILLY ELECTRIC, INC., | ) |
| | ) |
| Defendant. | ) |

### <u>AFFIDAVIT IN SUPPORT OF ATTORNEY FEES</u>

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 03/27/08 | Received and reviewed email from Fund Office; letter to company via certified and regular mail demanding delinquent contributions and monthly payroll reports; calendar response; addition to Delinquency Status Report; open file. | 1.10 |
| 04/02/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| | Review file; update Delinquency Status Report. | .20 |
| 04/08/08 | Review file; final notice via certified and regular mail; calendar response; update Delinquency Status Report. | .85 |
| 04/15/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| 04/18/08 | Review file; research telephone number for Reilly Electric. | .30 |
| 04/22/08 | Review file; email Fund Office re: status. | .10 |
| | Received and reviewed check; letter to Fund Office forwarding same; email Fund Office re: monthly payroll reports. | .70 |
| 04/23/08 | Received and reviewed email from Fund Office; letter to employer demanding monthly payroll reports and contributions; calendar response; update Delinquency Status Report. | .75 |

EXHIBIT
*tabbies*
A-2

| 05/07/08 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
|---|---|---|
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Telephone conference with Kankakee County Sheriff re: service fee. | .10 |
| 05/08/08 | Review of Complaint. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 05/12/08 | Received and reviewed file-stamped Complaint, Civil Cover Sheet, Certificate of Interest, exhibits; update Delinquency Status Report. | .30 |
| 05/14/08 | Letter to Kankakee County Sheriff's Office enclosing Summons and Complaint for service. | .50 |
| 05/30/08 | Received and reviewed Affidavit of Service; redaction of signatures, scanning and conversion; e-file Summons; calendar Answer; update Delinquency Status Report. | .75 |
| 06/17/08 | Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment; proposed Order; revise Affidavit of Attorney Fees. | 1.70 |
| | Review Request for Entry of Default. | .40 |
| | Final revisions and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 11.55 X $110.00 PER HOUR | $1,270.50 |
| | TOTAL HOURS 0.8 X $195.00 PER HOUR | 156.00 |
| 03/27/08 | Postage - certified mail. | 5.21 |
| 04/21/08 | Postage - certified mail. | 5.21 |
| 05/07/08 | U.S. District Court - Filing Fee | 350.00 |
| | Kankakee County Sheriff's Department - Service Fee | 16.00 |
| | **TOTAL FEES AND COSTS** | **$1,802.92** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____ s/ James P. Moody  _____

Page 2

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

**SIGNATURE REDACTED**

SUBSCRIBED and SWORN to before me this ___ day of June 2008

Notary Public

F:\files\NECA-IBE\DELIQ\Reilly Electric\A-fee.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010