E-FILED
Thursday, 19 June, 2008  02:41:03 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **NECA-IBEW PENSION TRUST FUND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 08-2110** |
| **vs.** ) | |
| ) | |
| **REILLY ELECTRIC, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

_____

**ORDER**
_____

On May 12, 2008, Plaintiff filed a Complaint (#1) alleging violations of the Employee Retirement Income Security Act (ERISA).  On June 19, 2008, Plaintiff filed a Request for Entry of Default (#5).  Attached to the request was an affidavit indicating the registered agent for Defendant was served with a copy of the complaint and summons on May 23, 2008.  More than twenty days have elapsed since the date Defendant was served, and Defendant has filed no responsive pleading.  Therefore, the Request for Entry of Default (#5) is GRANTED.  Plaintiff is allowed thirty days to file a motion for default judgment with appropriate supporting documentation for a damage award or to request a hearing on the issue of damages.

ENTERED this 19th day of June, 2008.

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
CHIEF JUDGE