IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08-2110 |
| REILLY ELECTRIC, INC., | ) ) ) |
| Defendant. | ) |

**MOTION FOR DEFAULT JUDGMENT
OR, IN THE ALTERNATIVE, MOTION FOR AN
ACCOUNTING/EVIDENTIARY HEARING**

NOW COMES Plaintiff, NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment or an Accounting/Evidentiary Hearing against the Defendant, REILLY ELECTRIC, INC., and in support thereof, state:

1. That the Complaint in this matter was filed on May 12, 2008.

2. That on May 23, 2008, Edward S. Glazar, Jr., Registered Agent of Defendant, REILLY ELECTRIC, INC., was duly served by the Kankakee County, Illinois, Sheriff's Department with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on June 19, 2008.

5. That Plaintiff is entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

Page 1

WHEREFORE, Plaintiff prays for Judgment against the Defendant, REILLY ELECTRIC, INC., as follows:

A. That the Defendant be ordered to produce monthly payroll reports for the months of November 2007 through March 2008;

B. That Judgment be entered in favor of the Plaintiff and against the Defendant for delinquent contributions for the months of November 2007 through May 2008;

C. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiff, particularly to furnish to the Plaintiff the required contribution reports and payments heretofore referred to;

D. That Defendant be decreed to pay to the Plaintiff its attorney fees in the amount of $2,188.92, as provided by the trust agreement and ERISA, 29 U.S.C. Section 1132(g)(2);

E. That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

F. That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

NECA-IBEW PENSION TRUST FUND,
Plaintiff,

By:    s/ James P. Moody

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 20th day of June 2008:

>Edward S. Glazar, Jr., Registered Agent
>Reilly Electric, Inc.
>One Dearborn Square #320
>Kankakee, IL 60901

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody

>JAMES P. MOODY
>**CAVANAGH & O'HARA**
>407 East Adams
>P. O. Box 5043
>Springfield, IL 62705
>Telephone: (217) 544-1771
>Facsimile: (217) 544-5236
>jim@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-2166 |
| | ) | |
| REILLY ELECTRIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 03/27/08 | Received and reviewed email from Fund Office; letter to company via certified and regular mail demanding delinquent contributions and monthly payroll reports; calendar response; addition to Delinquency Status Report; open file. | 1.10 |
| 04/02/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| | Review file; update Delinquency Status Report. | .20 |
| 04/08/08 | Review file; final notice via certified and regular mail; calendar response; update Delinquency Status Report. | .85 |
| 04/15/08 | Received and reviewed Certified Mail Card returned signed. | .10 |
| 04/18/08 | Review file; research telephone number for Reilly Electric. | .30 |
| 04/22/08 | Review file; email Fund Office re: status. | .10 |
| | Received and reviewed check; letter to Fund Office forwarding same; email Fund Office re: monthly payroll reports. | .70 |
| 04/23/08 | Received and reviewed email from Fund Office; letter to employer demanding monthly payroll reports and contributions; calendar response; update Delinquency Status Report. | .75 |

Page 1

EXHIBIT A

| | | |
|---|---|---|
| 05/07/08 | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Telephone conference with Kankakee County Sheriff re: service fee. | .10 |
| 05/08/08 | Review of Complaint. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 05/12/08 | Received and reviewed file-stamped Complaint, Civil Cover Sheet, Certificate of Interest, exhibits; update Delinquency Status Report. | .30 |
| 05/14/08 | Letter to Kankakee County Sheriff's Office enclosing Summons and Complaint for service. | .50 |
| 05/30/08 | Received and reviewed Affidavit of Service; redaction of signatures, scanning and conversion; e-file Summons; calendar Answer; update Delinquency Status Report. | .75 |
| 06/17/08 | Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment; proposed Order; revise Affidavit of Attorney Fees. | 1.70 |
| | Review Request for Entry of Default. | .40 |
| 06/19/08 | Final revisions and e-file Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | Received and reviewed Order of Default; calendar Motion deadline. | .20 |
| | Preparation of Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing, Notice of Filing, proposed Order for Production of Records and revise Affidavit in Support of Attorney Fees. | 1.60 |
| | Review Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing. | .40 |
| | Final revisions and e-file of Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing; email proposed Order to Judge. | 1.00 |

|  |  |  |
|---|---|---:|
|  | TOTAL HOURS 14.35 X $110.00 PER HOUR | $1,578.50 |
|  | TOTAL HOURS 1.2 X $195.00 PER HOUR | 234.00 |
| 03/27/08 | Postage - certified mail. | 5.21 |
| 04/21/08 | Postage - certified mail. | 5.21 |
| 05/07/08 | U.S. District Court - Filing Fee | 350.00 |
|  | Kankakee County Sheriff's Department - Service Fee | 16.00 |
|  | **TOTAL FEES AND COSTS** | **$2,188.92** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                                s/ James P. Moody
                                              JAMES P. MOODY
                                              **CAVANAGH & O'HARA**
                                              407 East Adams
                                              P. O. Box 5043
                                              Springfield, IL 62705
                                              Telephone (217) 544-1771
                                              Fax (217) 544-9894
                                              jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 20th day of June 2008.

                                                                                 **SIGNATURE REDACTED**
                                                   Notary Public

F:\files\NECA-IBE\DELIQ\Reilly Electric\A-fee.wpd

> "OFFICIAL SEAL"
> PATRICIA J. ROBINSON
> Notary Public, State of Illinois
> My Commission Expires Feb. 16, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08-2110 |
| | ) |
| REILLY ELECTRIC, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT,
OR IN THE ALTERNATIVE,
MOTION FOR ACCOUNTING/EVIDENTIARY HEARING**

TO:   Edward S. Glazar, Jr., Registered Agent
      Reilly Electric, Inc.
      One Dearborn Square #320
      Kankakee, IL 60901

NOTICE IS HEREBY GIVEN to you that the Plaintiff, NECA-IBEW PENSION TRUST FUND, by and through its attorneys filed a Motion for Default Judgment, Or In The Alternative, Motion for Accounting/Evidentiary Hearing against you on the 20th day of June 2008.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

DATED this 20th day of June 2008.

NECA-IBEW PENSION TRUST FUND,
Plaintiff,

By:   s/ James P. Moody

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com