E-FILED
Friday, 20 June, 2008  01:23:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, | ) |
| Plaintiff, | ) |
| | ) Case No. 08-2110 |
| vs. | ) |
| REILLY ELECTRIC, INC., | ) |
| Defendant. | ) |

_____

**ORDER**
_____

On May 12, 2008, Plaintiff filed a Complaint (#1) alleging violations of the Employee Retirement Income Security Act (ERISA).  On June 19, 2008, Plaintiff filed a Request for Entry of Default (#5).  On that same date, this court entered an Order (#6) entering default against Defendant for failing to respond to the complaint and ordered Plaintiff to file a motion for default judgment within thirty days.  On June 20, 2008, Plaintiff filed a Motion for Default Judgment (#7) with supporting exhibits.  After carefully reviewing Plaintiff's motion and attached exhibits, the court finds as follows.

IT IS THEREFORE ORDERED:

(1) Plaintiff's Motion for Default Judgment (#7) is GRANTED.

(2) Defendant is ordered to produce monthly payroll reports for the months of November 2007 through May 2008.

(3) Judgment is entered in favor of Plaintiff and against Defendant for delinquent contributions for the period November 2007 through May 2008.

(4)  Defendant is ordered to pay to the Plaintiff its attorney fees in the amount of $2,188.92 as provided by the trust agreement and ERISA, 29 U.S.C. §1132(g)(2).

(5) This case is terminated.

ENTERED this 20th day of June , 2008.

**s/ Michael P. McCuskey**

MICHAEL P. McCUSKEY
CHIEF JUDGE