AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**NECA-IBEW WELFARE TRUST FUND,**
**Plaintiff,**

vs.                                                                                       Case Number:   **08-2110**

**REILLY ELECTRIC, INC.,**
**Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff and against the defendant for delinquent contributions for the period November 2007 through May 2008.  Defendant is ordered to pay the plaintiff its attorney fees in the amount of $2,188.92 as provided by the trust agreement and ERISA, 29 U.S.C.§1132(G)(2).  This case is terminated.

ENTER this 20th day of June, 2008.


s/Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K. Wynn
BY:  DEPUTY CLERK